```
1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  ABRAM S. FEUERSTEIN, SBN 133775
   ASSISTANT UNITED STATES TRUSTEE
3  EVERETT L. GREEN, SBN 237936
   TRIAL ATTORNEY
4  UNITED STATES DEPARTMENT OF JUSTICE
   OFFICE OF THE UNITED STATES TRUSTEE
5  3801 University Avenue, Suite 720
   Riverside, CA 92501
6  Telephone:    (951) 276-6990
   Facsimile:    (951) 276-6973
7  Email:        Everett.L.Green@usdoj.gov
```

**FILED & ENTERED**

**AUG 07 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Mason    **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**     CHANGES MADE BY COURT

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>NORMA RAMIREZ,<br><br>    Debtor.<br>_____<br><br>UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA, REGION 16,<br><br>    Plaintiff,<br><br>    v.<br><br>NORMA RAMIREZ,<br><br>    Defendant. | Case No. 6:22-bk-12868-SY<br><br>Chapter 7<br><br><br><br>Adversary No. 6:23-ap-01061-SY<br><br><br>**ORDER APPROVING STIPULATION BETWEEN PLAINTIFF AND DEFENDANT TO EXTEND DEFENDANT'S TIME TO ANSWER OR RESPOND TO THE COMPLAINT** |

    The court has reviewed the "Stipulation Between Plaintiff and Defendant to Extend Defendant's Time to Answer or Respond to the Complaint" ("Stipulation") filed as docket number 7 on July 31, 2023, by plaintiff, United States Trustee for the Central District of California, Region 16.  Based upon the Stipulation and good cause appearing therefor,

1 **IT IS HEREBY ORDERED** that the Stipulation is approved and defendant Norma Ramirez shall
2 file an answer or response to the complaint no later than August 11, 2023.

###

Date: August 7, 2023

Scott H. Yun
United States Bankruptcy Judge